

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-14-00875-CV

**IN THE MATTER OF S.O.W.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 1994-JUV-2115
Honorable Paul Andrew Mireles, Judge Presiding

**ORDER**

In accordance with the court's opinion issued this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 4, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2015.

_____
Keith E. Hottle, Clerk